The relief described hereinbelow is SO ORDERED.

Signed November 28, 2008.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

**In re:**

**LAGARDE, INCORPORATED,**                                 **Case No. 08-22938**
                                                                                      **Chapter 11**

        **Debtor**

### ORDER

On November 13, 2008, this matter came before the Court on Debtor's Emergency Motion for Order Prohibiting Utility Greensoft Solutions, Inc. ("GSI") from Altering, Refusing or Discontinuing Services, Commending GSI to Resume Essential Services that it Terminated or Curtailed Prior to the Petition Date and Establishing Procedures for Determining Adequate Assurance of Payment under 11 U.S.C. §366.[1]

For good cause based upon the evidence, the written memoranda submitted by the parties, the arguments and representations of counsel, and for the reasons stated at the hearing, the Court finds and concludes as follows:

---

[1] Doc. No. 3.

08.11.27 LaGarde.wpd

1. The Court has jurisdiction under 28 U.S.C. §1334.

2. The Court finds GSI is a utility for purposes of 11 U.S.C. §366 and orders GSI to immediately reconnect Debtor's access to the servers.

3. The injunctive relief requested by Debtor under 11 U.S.C. §105 is not properly before the Court, and the Court does not make a determination at this time.

4. Debtor shall be allowed immediate access to Debtor's and Debtor's customers' data and software applications which is hosted on the servers owned or leased by GSI and used to provide hosting services to Debtor.

5. Debtor must provide adequate assurance of payment for utility service as follows:

    (a) Debtor shall pay GSI $64,000.00 on or before December 1, 2008, which amount represents payment for services commencing from November 15, 2008, to and including December 15, 2008; and

    (b) Debtor shall pay GSI $32,000.00 on or before December 15, 2008, which amount represents payment for services commencing from December 16, 2008, to and including December 31, 2008.

6. The foregoing payments are not meant to cover or include additional services not contemplated in Debtor's contracts with GSI for transferring data to another host service-provider.

7. The Court reserves the right to supplement this Order with a written Memorandum and Opinion in the event any party should appeal.

8. A status hearing shall be held December 17, 2008, at 1:30 PM.

- 2 -
08.11.27 LaGarde.wpd
Case 08-22938   Doc# 27   Filed 11/28/08   Page 2 of 3

IT IS SO ORDERED.

### 

ROBERT D. BERGER
U.S. BANKRUPTCY JUDGE
DISTRICT OF KANSAS