IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                            )
                                                  )
LaGARDE, INCORPORATED,          )        Case No. 08-22938-11 RDB
                                                  )
        Debtor.                          )
_____/

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Eric C. Rajala, Attorney at Law, on behalf of the Official Committee of Unsecured Creditors, and hereby enters his appearance on its behalf and respectfully requests that the Court provide notices under § 2002 of the Rules of Bankruptcy Procedure and any other local rules, concerning matters pending before this Court in the above captioned Chapter 11 proceeding.

This request extends to all notices which this entity or creditors are entitled to receive in this proceeding, including, but not limited to notices of (1) hearings on the sufficiency and approval of a disclosure statement under § 1125(b) of the Code; (2) hearings on confirmation of any plan; (3) hearings on the proposed sale of property, other than in the ordinary course of business; (4) hearings on approval of a compromise or settlement of a controversy; and (5) hearings on all applications, interim or final, for compensation or reimbursement of expenses.

It is further requested that such notices be addressed to:

Eric C. Rajala
Attorney at Law
Metcalf Bank Building
11900 College Blvd., Suite 341
Overland Park, KS 66210

In Re: LaGarde, Incorporated
Case No. 08-22938-11 RDB
<u>Entry of Appearance and Request for Notice</u>
Page 2

<u>s/ Eric C. Rajala</u>
Eric C. Rajala     #10082
Metcalf Bank Building
11900 College Blvd., Suite 341
Overland Park, Kansas  66210
(913) 339-9806
(913) 339-6695 Fax
eric@ericrajala.com
Attorney for Official Committee
of Unsecured Creditors

## <u>CERTIFICATE OF SERVICE</u>

  The CM/ECF system will send a notice of the electronic filing of the foregoing to the parties requesting electronic notice as set out on the Notice of Electronic Filing issued by the Court.

<u>s/ Eric C. Rajala</u>
Eric C. Rajala
