The relief described hereinbelow is SO ORDERED.

Signed January 14, 2009.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In re:                                    )
                                          )
LaGARDE, INCORPORATED,                    )          Case No. 08-22938-11 RDB
                                          )
                        Debtor.           )

### ORDER AUTHORIZING EMPLOYMENT OF ERIC C. RAJALA
### <u>AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

NOW before this Court, comes on for consideration the application of the Official

Committee of Unsecured Creditors (hereinafter "Committee"), for Authority to Employ Eric C.

Rajala ("Counsel") as counsel for the Official Committee of Unsecured Creditors (the

"Application"), pursuant to 11 U.S.C. § 1103 and Rule 2014 of the Federal Rules of Bankruptcy

Procedure.

The Committee appears by and through its attorney of record, Eric C. Rajala.  There are

no other appearances.

And the Court, after examining the pleadings filed herein, hearing arguments of counsel,

and being duly and fully advised in the premises, finds as follows:

1.      Notice of the Application was mailed or emailed to all creditors and parties in interest on December 11, 2008, setting a deadline for objections to the Application for December 31, 2008.

2.      No objections to the Application were filed, and no hearing on the Application was held.

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED that the employment of Eric C. Rajala as counsel for the Official Committee of Unsecured Creditors should be and is hereby approved on the basis set forth in the Application filed December 11, 2008, as Document No. 51.

### #

APPROVED:


s/ Eric C. Rajala
Eric C. Rajala, KS # 10082
Metcalf Bank Building
11900 College Blvd., Suite 341
Overland Park, KS 66210
(913) 339-9806
(913) 339-6695 Fax
eric@ericrajala.com
Attorney for Official Committee
of Unsecured Creditors