**Form fnldec** (Revised 10/07/2009)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 08–22938  Chapter: 7

In re:

LaGarde, Incorporated
25055 West Valley Parkway
Olathe, KS 66061

EIN: 48–1191811

| **Entered By The Court**<br>**6/10/13** | **FINAL DECREE** | **Filed By The Court**<br>**6/10/13**<br>**Hugh N. Zavadil, Acting**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Carl R. Clark is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 213

s/ Robert D. Berger
United States Bankruptcy Judge